DATE:  April 7, 2026

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Seaview Apartments, LLC*
   v. *City of Newport News*
   Record No. 2009-24-1
   Opinion rendered by Chief Judge Decker on
   January 20, 2026

2. *Terrace View Property Owner's Association, Inc.*
   v. *Shekar Jannah, et al.*
   Record No. 2007-24-3
   Opinion rendered by Judge Athey on
   February 3, 2026

3. *China Michael-Lee Coleman*
   v. *Commonwealth of Virginia*
   Record No. 1315-24-2
   Opinion rendered by Judge Athey on
   February 10, 2026

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  *Lindsey Nicole Perkins*
    v. *Rebecca Lynn (Hicks) Howington, et al.*
    Record No. 1239-23-3
    Opinion rendered by Judge Ortiz
      On September 10, 2024
    Judgment of Court of Appeals affirmed
      by opinion rendered on March 12, 2026
      (240960)

2.  *Joshua Highlander*
    v. *Virginia Department of Wildlife Resources, et al.*
    Record No. 2110-23-2
    Opinion rendered by Senior Judge Humphreys
      on April 8, 2025
    Refused (250539)

3.  *Michael H. Drewry*
    v. *Board of Supervisors of Surry County, Virginia, et al.*
    Record No. 2249-23-2
    Opinion rendered by Senior Judge Humphreys
      on April 22, 2025
    Refused 250446

4.  *Nicholas Eugene Glover*
    v. *Commonwealth of Virginia*
    Record No. 0113-24-1
    Opinion rendered by Judge Malveaux
      on July 22, 2025
    Refused (250765)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Commonwealth of Virginia*
   *v. Frederick Lewis Moncrea*
   Record No. 0398-23-2
   Memorandum opinion rendered by Judge Beales on September 9, 2024
   Judgment of Court of Appeals reversed and final judgment entered
   (240844)